JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC LINKJENDAL, | Case No. CV 09-7692 GAF (CWx) |
| Plaintiff, | HON. GARY A. FEESS |
| vs. | ORDER FOR DISMISSAL |
| RELIASTAR LIFE INSURANCE COMPANY and DOES 1 through 20, inclusive, | |
| Defendants. | |

On joint motion of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety.

IT IS SO ORDERED.

DATED: December 28, 2009

_____
HON. GARY A. FEESS
United States District Judge

41203336.1